**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-7351**

───────────

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

      v.

MICHAEL EDWARD WORD,

                Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:08-cr-00015-NKM-1)

───────────

Submitted:  October 11, 2012      Decided:  October 16, 2012

───────────

Before KING, DUNCAN, and DIAZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Michael Edward Word, Appellant Pro Se.  Craig Jon Jacobsen I, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Edward Word appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Word, No. 6:08-cr-00015-NKM-1 (W.D. Va. Aug. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2